No. 952.  KOSSICK *v.* UNITED FRUIT Co.  C. A. 2d Cir.  Certiorari granted. *Jacob Rassner* for petitioner. *Eugene Underwood* for respondent. ▮

No. 941, Misc.  SALDANA *v.* UNITED STATES.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.  Case transferred to the appellate docket. *Stephen R. Reinhardt* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States. *John T. McTernan, A. L. Wirin* and *Fred Okrand* filed a brief for the American Civil Liberties Union of Southern California, as *amicus curiae,* in support of the petition. ▮

No. 446, Misc.  MARSHALL *v.* BENNETT, WARDEN; and No. 515, Misc.  HOOPER *v.* BENNETT, WARDEN.  Motions for leave to proceed *in forma pauperis* and petitions for writs of certiorari to the Supreme Court of Iowa granted limited to the question decided in *Burns* v. *Ohio,* 360 U. S. 252.  Cases transferred to the appellate docket. It is ordered that *Luther L. Hill, Jr., Esquire,* of Des Moines, Iowa, be, and he is hereby, appointed to serve as counsel for the petitioners.  Petitioners *pro se. Norman A. Erbe,* Attorney General of Iowa, for respondent.

No. 920, Misc.  RECK *v.* RAGEN, WARDEN.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted.  Case transferred to the appellate docket. *Anthony Bradley Eben* for petitioner.